WATSON ROUNDS
MATTHEW D. FRANCIS
Nevada Bar No. 6978
ARTHUR A. ZORIO
State Bar No. 6547
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mfrancis@watsonrounds.com
Email: azorio@watsonrounds.com

Attorneys for Plaintiff Renown Health



FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 1 4 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RENOWN HEALTH, a Nevada domestic non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MEDSEEK, INC., a Delaware corporation,<br><br>Defendant.<br><br>And Related Counterclaims. | Case No.: 3:14-CV-00217-RCJ-VPC<br><br>**JOINT STATUS REPORT<br>IN COMPLIANCE WITH OCTOBER<br>1, 2014 ORDER (DOC. #23)** |

On September 12, 2014, the parties in this action attended a settlement conference with The Honorable Magistrate Judge Valerie P. Cooke, during which the parties were unable to reach a settlement of this action. (Doc. #21). Following the settlement conference, this Court entered a Minute Order (Doc. #21), in which the Court stated as follows: "[t]he Court directs counsel to file a status report regarding continued settlement negotiations by no later than the close of business on Friday, September 26, 2014." *Id.*

On September 25, 2014, the parties submitted a "Joint Status Report in Compliance with September 12, 2014 Minute Order (Doc. #21)," in which the parties advised the Court that they were continuing to negotiate settlement terms and requested that they be allowed to submit a follow-up status report no later than October 10, 2014, advising the Court the status of settlement discussions. (Doc. #22). On October 1, 2013, the Court issued an Order directing

1  the parties to submit another joint status report in the event settlement had not been reached.
2  (Doc. #23).
3      The parties are still in the process of negotiating a settlement and have exchanged drafts
4  of a written settlement agreement. The parties therefore respectfully request that they be
5  allowed to submit a follow-up status report no later than October 24, 2014, advising the Court
6  of the status of settlement discussions. In the event the parties execute a settlement agreement,
7  they will advise this Court, and also provide a timeline for submitting a dismissal with prejudice
8  pursuant to Fed. R. Civ. P. 41.
9      The parties agree that nothing in this Joint Status Report shall be construed as a waiver
10 of any rights or remedies belonging to any of the parties hereto.
11 **IT IS SO STIPULATED:**
12 DATED this 10th day of October, 2014.      DATED this 10th day of October, 2014.
13 WATSON ROUNDS      ARMSTRONG TEASDALE, LLP
14
15 By: /s/ Matthew D. Francis      By: /s/ Richard G. Campbell, Jr.
16     MATTHEW D. FRANCIS      RICHARD G. CAMPBELL, JR.
    ARTHUR A. ZORIO      3770 Howard Hughes Parkway
17     5371 Kietzke Lane      Suite 200
    Reno, NV 89511      Las Vegas, Nevada 89169
18     Facsimile: (775) 333-8171      Facsimile: (702) 878-9995
    mfrancis@watsonrounds.com      rcampbell@armstrongteasdale.com
19     azorio@watsonrounds.com
20 Attorneys for Plaintiff Renown Health      Attorneys for Defendant MedSeek, Inc.
21
22 **IT IS SO ORDERED:**
23
24 _/s/ Valerie P. Cooke_
25 UNITED STATES MAGISTRATE JUDGE
26 DATED: October 14, 2014
27
28

# CERTIFICATE OF SERVICE

Pursuant to **FRCP 5(b)**, I certify that I am an employee of WATSON ROUNDS, P.C., and on this 10th day of October, 2014, I served the document entitled JOINT STATUS REPORT IN COMPLIANCE WITH OCTOBER 1, 2014 ORDER (DOC. #23) on the parties listed below via the following:

Richard G. Campbell, Jr.
Nevada Bar No. 1832
Armstrong Teasdale, LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Facsimile: (702) 878-9995
Email: rcampbell@armstrongteasdale.com

☐ **VIA FIRST CLASS U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Reno, Nevada for delivery to the foregoing.

☐ **VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number as last given by that person on any document which he/she has filed in the cause and served on the party making the service. The copy of the document served by the facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which it was transmitted.

☐ **BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf.

☐ **VIA COURIER:** by delivering a copy of the document to a courier service for overnight delivery to the foregoing parties.

☒ **VIA ELECTRONIC SERVICE:** by electronically filing the document with the Clerk of the Court using the ECF system which served the foregoing parties electronically.

/s/ Nancy R. Lindsley
Employee of Watson Rounds, P.C.

-3-